IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KELLY WALTRIP**                                                                                        **PLAINTIFF**

**VS.**                              **CASE NO. 4:07CV00103 BSM**

**CONWAY HUMAN DEVELOPMENT CENTER,**
*et al.,*                                                                                                           **DEFENDANTS**

**PROTECTIVE ORDER**

It appears to this Court that defendants Conway Human Development Center ("CHDC"), Mark Stitch in his individual capacity, and Doug Hart in his official capacity wish to release in discovery a document containing confidential information, the unprotected release of which would constitute an unwarranted invasion of privacy of various CHDC employees who are not parties to this litigation. The document is a listing of employees for whom defendant Mark Stitch approved leave under the Family and Medical Leave Act during 2005 and 2006, as well as in 2007 up to the time of his transfer to the Alexander Human Development Center to become its superintendent.

IT IS THEREFORE ORDERED that this document and confidential information contained within it may be used only in connection with preparing and presenting the present case to this Court. The dissemination, release, or use of this document or the confidential information contained within it for purposes unrelated to the litigation of this matter is prohibited. This Protective Order does not prevent either party from using this document or the information contained within it *in its redacted form*; i.e., using only the initials of the employees, in an unsealed manner during discovery, in motions, or during trial.

IT IS FURTHER ORDERED that any documents obtained by the plaintiff shall remain in the custody of the plaintiff. Neither the plaintiff nor anyone acting for or on

the plaintiff's behalf shall in any manner, directly or indirectly, transfer or communicate any of this information to any person not a party to this litigation other than for proper purposes directly related to the trial of this action, and that any such person to whom such communication is made is bound by the terms of this Order.

IT IS SO ORDERED this 11th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

2