IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KELLY WALTRIP                                                                    PLAINTIFF

vs.                                    NO. 4:07CV00103 BSM

CONWAY HUMAN DEVELOPMENT CENTER,
ET AL.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered in favor of defendants; the complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 22nd day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE